**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| COLUMBIA GAS TRANSMISSION CORP., ) | CASE NO:   1:06-cv-2989 |
| ) | |
| Plaintiff, ) | JUDGE KATHLEEN M. O'MALLEY |
| ) | |
| vs. ) | MAGISTRATE JUDGE |
| ) | NANCY A. VECCHIARELLI |
| ROCKWELL ENTERPRISES, INC., et al., ) | |
| ) | **ORDER** |
| Defendant. ) | |

On June 29, 2007, this Court ordered Plaintiff to respond to the discovery requests of Defendant, Village of Westfield Center, Ohio ("Westfield Center") for maps of Plaintiff's gas lines in northeastern Ohio no later than July 30, 2007. (Doc. No. 42.) Prior to issuing the Order, this Court held multiple telephone conferences in an attempt to resolve the underlying dispute regarding the maps. Plaintiff asserted that it was concerned about the potential consequences of exposing certain "critical infrastructure information" contained in the maps. In a telephone conference held June 29, 2007, counsel for Westfield Center agreed to Plaintiff's proposal to produce "scrubbed" maps – copies of the relevant maps with the infrastructure information redacted. Counsel for Plaintiff agreed to produce the "scrubbed" maps no later than July 30, 2007.

On July 13, 2007, Plaintiff filed a motion to amend the June 29, 2007 Order. Plaintiff asserts that it cannot comply with the July 30 deadline and requests an additional six to eight months to produce the maps. Plaintiff's motion (Doc. No. 50) is **DENIED**.

Plaintiff and Westfield Center shall attempt to resolve the issue without this Court's intervention and Plaintiff shall fully respond to all of Westfield Center's discovery requests

regarding the maps no later than August 7, 2007. In the event that the parties do not resolve the issue by agreement, Plaintiff shall produce the maps requested by Westfield Center, without redactions, subject to an agreed protective order. The protective order shall, among other things, limit the number of copies of the maps, limit the use of the maps solely for purposes of this litigation, and provide for the return of the maps and all copies at the conclusion of this litigation.

All previously set deadlines are extended by two weeks.

**IT IS SO ORDERED.**

                                                   s/ *Nancy A. Vecchiarelli*
                                                   NANCY A. VECCHIARELLI
                                                   U.S. MAGISTRATE JUDGE

DATE: July 24, 2007